PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00054-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 21, 2016 AT 10:00 A.M. |
| v. | |
| MARIO HUERTA, | COURT: Hon. Stanley A. Boone |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert, Acting United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, and defendant, Mario Huerta, and his counsel, Thomas V. Miles, hereby stipulate as follows:

1. This matter was set for a status conference on June 16, 2016.

2. The defendant will be paying the violation notice issued in this matter and the parties are requesting additional time for the defendant to provide proof of payment.

3. By this stipulation, the parties now move to continue the status conference until July 21, 2016 at 10:00 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 14, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ *KATHERINE A. PLANTE*<br>KATHERINE A. PLANTE<br>Special Assistant United States Attorney |
| Dated:  June 14, 2016 | /s/ *Thomas V. Miles*<br>THOMAS V. MILES<br>Defendant's Attorney |

### ORDER

For good cause appearing, this Court continues the status conference scheduled for June 16, 2016 to July 21, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 14, 2016**

_____
UNITED STATES MAGISTRATE JUDGE