1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-PO-00054-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND CLOSE |
| v. | COURT: Hon. Stanley A. Boone |
| MARIO HUERTA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert, Acting United States Attorney and Michael G. Tierney, Assistant U.S. Attorney, and defendant, Mario Huerta, and his counsel, Thomas V. Miles, hereby stipulate as follows:

1. This matter was set for a status conference on July 21, 2016 at 10:00 a.m.

2. The defendant has paid the violation notice issued in this matter.

3. By this stipulation, the parties now move to vacate the July 21, 2016 status conference and close this matter.

IT IS SO STIPULATED.

//

//

//

Dated:  July 15, 2016                              PHILLIP A. TALBERT
                                                   Acting United States Attorney


                                                    /s/ *MICHAEL G. TIERNEY*
                                                   MICHAEL G. TIERNEY
                                                   Assistant United States Attorney


Dated:  July 15, 2016                               /s/ *Thomas V. Miles*
                                                   THOMAS V. MILES
                                                   Defendant's Attorney



**ORDER**

For good cause appearing, this Court vacates the status conference scheduled for July 21, 2016 and directs the Clerk's office to close this matter.


IT IS SO ORDERED.

Dated:   **July 15, 2016**                         _____
                                                   UNITED STATES MAGISTRATE JUDGE